IN RE ESTATE OF LUNSFORD

No. 362A01

Case below: 143 N.C. App. 646

Petition by petitioner (Randy Lunsford) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 19 July 2001.

IN RE JONES

No. 289P01

Case below: 143 N.C. App. 347

Petition by respondent (Jennifer McArdle Panarello) for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.

INVESTORS TITLE INS. CO. v. MONTAGUE

No. 241P01

Case below: 142 N.C. App. 696

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.

LaCOMB v. JACKSONVILLE DAILY NEWS CO.

No. 221P01

Case below: 142 N.C. App. 511

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.

LeGRANDE v. STATE

No. 215A96-12; Reassigned number 462P01-3

Case below: Stanly County Superior Court

Motion by plaintiff pro se for civil claim against the State of N.C. for erroneous convictions, imprisonments and sentence to death dismissed 19 July 2001.